AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CUAUHTEMOC LOPEZ-OJEDA

WAIVER OF INDICTMENT

CASE NUMBER: 07CR3188-W

**FILED**
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I, CUAUHTEMOC LOPEZ-OJEDA, the above named defendant, who is accused of Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 27 NV 07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
~~Defendant~~ Counsel for dfnt

_____
CUAUHTEMOC LOPEZ O.
~~Counsel for Defendant~~ dfnt

Before _____
JUDICIAL OFFICER