# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED
08 APR 10 PM 1:30
CLK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE    Whelan
FROM: C Puttmann,    Deputy Clerk    RECEIVED DATE: 4/8/2008
CASE NO.: 07cr3188 W    DOCUMENT FILED BY: Defendant
CASE TITLE: USA v. Lopez-Ojeda
DOCUMENT ENTITLED: Defendant's Objections to the Court's Imposition of Probation/Supervised

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ✓ | | OTHER: Case closed per Judgment of 12/5/2007 |

Date forwarded: 4/9/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: WHELAN

Dated: 4/10/08    By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

REJECTED

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br><br>vs.<br><br><br>LOPEZ-OJEDA, CUAUHTEMOC,<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: CR 03-014-01-PHX-FJM.<br><br><br>DEFENDANT'S OBJECTIONS TO THE<br>COURT'S IMPOSITION OF<br>PROBATION / SUPERVISED RELEASE. |

(A).-            STATEMENT OF THE ISSUES PRESENTED

1.-Whether the District Court has Jurisdiction to revoke Defendant's Supervise Release term.

2.-Whether Supervised Release would be properly revoke when the Government "did not" provide with the conditions that Mr. Lopez-Ojeda, Cuauhtemoc is charged with violating.

3.-Whether the imposition of Probation / Supervise Release is proper when the relevant Title 8 U.S.C. § 1326 does not mandate the imposition of that separte sentence.

                                         Lopez-Ojeda, Cuauhtemoc.
                                         Reg. No.: 60873-208.
                                         California City Correctional Center
                                         P.O. Box 2590
                                         California City, CA 93504

                                         **IN PROPRIA PERSONA**